UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 20, 2003
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

PAUL WHITE

v.   CASE NUMBER: CIV S-02-1448 LKK PAN

CITY OF SACRAMENTO ET AL

-- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF PAUL WHITE AND AGAINST DEFENDANTS IN THE AMOUNT OF $25,001.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   March 20, 2003

by: _____
NDDuong, Deputy Clerk

19

```
                  United States District Court
                             for the
                  Eastern District of California
                          March 20, 2003
```

\* \* CERTIFICATE OF SERVICE \* \*

2:02-cv-01448

White

v.

City of Sacramento

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 20, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Dean Robert Johansson              AR/LKK
     Law Offices of Dean Robert Johansson
     1001 G Street
     Suite 100
     Sacramento, CA   95814-1305

     Stephen Paul Traylor
     Sacramento City Attorney's Office
     980 9th Street
     10th Floor
     Sacramento, CA   95814-2717

     Stewart L Katz
     Law Offices of Stewart Katz
     1001 G Street
     Suite 100
     Sacramento, CA   95814

     Kristin Sudhoff Door
     United States Attorney
     501 I Street
     Suite 10-100
     Sacramento, CA   95814

     *VAC PT 3/22/04, JT 6/29/04*
```

Jack L. Wagner, Clerk

by: Deputy Clerk